196 So. 902

**Homer GLOVER v. STATE.**

6 Div. 541.

Court of Appeals of Alabama.

April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

196 So. 903

**J. L. GLOVER v. STATE.**

6 Div. 632.

Court of Appeals of Alabama.

May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

199 So. 910

**Della GODSEY v. STATE.**

6 Div. 756.

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

197 So. 901

**Phillip GOODWIN, alias Goodman, v. STATE.**

6 Div. 623.

Court of Appeals of Alabama.

June 11, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

198 So. 875

**GRAND LODGE KNIGHTS OF PYTHIAS OF NORTH AMERICA, etc., et al. v. Mamie B. LOVE, Adm'x, etc.**

6 Div. 700.

Court of Appeals of Alabama.

Oct. 29, 1940.

W. B. McCollough, of Birmingham, for appellants.

Clifford Emond, of Birmingham, for appellee.

RICE, Judge.
Affirmed.

192 So. 913

**Abbie Mae GREEN v. STATE.**

4 Div. 551.

Court of Appeals of Alabama.

Nov. 14, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.